UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAMEEKA MCKINNEY, # 1000176279** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-0489** |
| **NEWELL NORMAN, SHERIFF JEFFERSON PARISH** | **SECTION F (3)** |

RESPONDENT'S MOTION TO DISMISS 28 U.S.C. § 2241 PETITION

MAY IT PLEASE THE COURT:

The respondent respectfully moves this Court to dismiss the Petition filed in this matter. The petitioner complained of a pre-trial ruling of a state court in a criminal case, and has since the filing of the petition in this matter has been convicted in the state court criminal case. This renders the petition moot. See Yokey v. Collins, 985 F.2d 222, 228-229 (5th Cir. 1993) (holding that claims for federal habeas relief of pretrial issues are mooted by a petitioner's subsequent conviction).

WHEREFORE, the Respondent respectfully requests that the 28 U.S.C. § 2441 petition of Lameeka McKinney be dismissed as moot.

Respectfully Submitted,

/s/ Matthew Caplan
Matthew Caplan, #31650
Assistant District Attorney
Parish of Jefferson
200 Derbigny Street
Gretna, Louisiana 70053
T:  (504) 361-2687
E:  mcaplan@jpda.us

CERTIFICATE OF SERVICE

I hereby certify that I have on this 17th day of July, 2014, served a copy of the foregoing pleading on **Martin E. Regan, Jr.,** counsel of record for the petitioner, by electronic delivery using the CM/ECF system.

/s/ Matthew Caplan
Matthew Caplan
La. Bar No. 31650
Assistant District Attorney
Parish of Jefferson