UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

LAMEEKA MCKINNEY              *         CIVIL ACTION

VERSUS                        *         NO. 14-489

NEWELL NORMAND, SHERIFF       *         SECTION "F"

ORDER AND REASONS

Before the Court is Lameeka McKinney's habeas petition pursuant to 28 U.S.C. § 2241 and Newell Normand's motion to dismiss the petition as moot. For the reasons that follow, the motion to dismiss is GRANTED.

Background

This is a petition for habeas corpus relief under 28 U.S.C. § 2241. Petitioner challenges her pretrial detention on state-court second-degree murder charges on the ground that she was denied the right to counsel of her choice when the trial court disqualified retained counsel for a conflict of interest. On July 10, 2014, petitioner pled guilty in the state-court case. Respondent now moves to dismiss the habeas petition as moot.

I.

"Claims for federal habeas relief of pretrial issues are mooted by a petitioner's subsequent conviction." Dillon v. Jefferson Parish Courts & Jail, No. 05-6488, 2006 WL 2349239 at *2 (E.D. La. Aug 10, 2006) (citing Yohey v. Collins, 985 F.2d 222, 228-289 (5th

1

Cir. 1993)).  McKinney's recent guilty plea moots her federal petition seeking relief for pretrial detention.

Accordingly, IT IS ORDERED: that Normand's motion is GRANTED and McKinney's 28 U.S.C. § 2241 habeas petition is DENIED as moot and dismissed with prejudice.

New Orleans, Louisiana, August 11, 2014

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE